PLEASE DOCKET

In re: Eleanor A. Smith v. BAC Home Loans Servicing, LP
Adv. No. 09-2738(RG)

Attn: Shmuel Klein, Esq.

Dear Counsel:

|  |  |
|---|---|
| \_\_\_\_\_ | Failure to indicate hearing date and other matters required by Local Bankruptcy Court Rule 2. |
| \_\_\_\_\_ | No adjournment without consent. If no consent, you must appear and argue adjournment request on record. |
| \_\_\_\_\_ | This constitutes <u>ex parte</u> communication and must be brought before the court on motion or other appropriate pleading. |
| \_\_\_\_\_ | You have been unable to agree on the form of order under Local Rule 4. The prevailing party on the original return date is to file a motion on five (5) days notice to fix the form of the order. Both the prevailing party's order and the counter or opposition order are to be attached to the moving papers. On the return date the court will fix the form of the order and consider assessing a counsel fee against the losing law firm. **(Include copy of this notice with motion.)** |
| \_\_\_\_\_ | The issues raised in the attached must be brought before the court on formal motion with notice to interested parties. |
| \_\_\_\_\_ | Your attention is directed to Local Rule 6 regarding notice to parties before retention of professionals. |
| \_\_\_ | Procedure for 2004 examination set forth in Local Rule 16 must be followed. |
| \_\_\_\_\_ | Proof hearing required; file motion. |
| **X** | **Other: Pursuant to a telephone call from Chambers on 4/22/10, please file a Certification in support of your retention application in this adversary.** |

Dated: 5/4/10

CHAMBERS OF JUDGE ROSEMARY GAMBARDELLA